*MHN*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
5 - 5 - 2008
MAY   5 2008 *MB*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

David Thurman
_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Terry L. McCann   warden
Ed Buthiewicz   counselor
Ami Workman   Grievance officer
C. Cannon, Publication review officer

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

08CV2548
JUDGE ASPEN
MAG. JUDGE KEYS

Case
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

√_____   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION
1983 U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION),
TITLE 28 SECTION 1331(a) U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    Plaintiff(s):

   A.    Name: David Thurman

   B.    List all aliases: _____

   C.    Prisoner identification number: B-36829

   D.    Place of present confinement: Stateville

   E.    Address: Box 112   Joliet, IL 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.    Defendant: Terry L. McCann

         Title: Chief Administrative Officer

         Place of Employment: Stateville

   B.    Defendant: Ed Buthiewicz   Counselor

         Title: Counselor

         Place of Employment: Stateville

   C.    Defendant: Ami Workman

         Title: Grievance Officer

         Place of Employment: Stateville

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.    Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?

YES (√) NO ( )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES (√) NO ( )

C.    If your answer is YES:

1.    What steps did you take?

Grievances

2.    What was the result?

Denied or Denied because the grievances weren't filed within 60 days

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

The Administrative Review board in springfield Also denied these grievances

D.    If your answer is NO, explain why not:

E.    Is the grievance procedure now completed?   YES ( ✓ )   NO (   )

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES (   )   NO (   )

G.    If your answer is YES:

1.    What steps did you take?

_____

_____

_____

2.    What was the result?

_____

_____

_____

H.    If your answer is NO, explain why not:

_____

_____

_____

_____

IV.   List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.   Name of case and docket number: _____
Civil No. 97-208-JPG

B.   Approximate date of filing lawsuit: 9-06-9 Feb. 1997

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: Terry Starnes
Rickey Greenwood

D.   List all defendants: Leo L. Meyer, Odie washington, Jerry D. Gilmore, Louis Lowery, Tim woods and Richard Gramley

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Southern of Illinois East St.Louis

F.   Name of judge to whom case was assigned: Phil Gilbertt (chief)

G.   Basic claim made: Confiscation of state pay on inmate caused lock down without Due process

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed

H.   Approximate date of disposition: 7-11-97

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A.    Name of case and docket number: Thurman v. Roper, et al  
1:95-cv-01070-mmm

B.    Approximate date of filing lawsuit: 2-16-95

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases:

D.    List all defendants: Larry Roper    Francis melvin  
Richard Gramley

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Central (D) of Illinois (Peoria)

F.    Name of judge to whom case was assigned: Michael M. Mihm

G.    Basic claim made: cruel and unusual punishment

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed not appealed

H.    Approximate date of disposition: 10-20-95

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

1 on 6-14-07 i filed a grievance about my feces stained toilet and not being given cleaning supplies Counselor Butkiewicz told Lt. Vaughn to give supplies on 6-14-07 i recieved this grievance on 6-19-07 and still had not recieved supplies, so i wrote under the counselor's response that the Lt. had not done Any thing ~~counselor~~ Tammy Garcia read all of this And stated she ~~concurred~~ concurred with the counselor But ignored my statement and stated supplies are Limited For handing out. warden McCann, Jackie Miller, and Roger walker all concurred with the Grievance officer tammy Garcia. they all showed Deliberate indifference ~~water~~ except Butkiewicz Violating my 8th Amendmet right. Griev. 624

2 On 3-21-06 i complained that my toilet is on Griev. 630 A 20 min. timer, a the heater in my cell doesn't Work, and requested verification and find out If other inmates are suffering same. i stated Come touch my Heater. i quoted the rule book which states there is to be no reduction In the frequency use of toilets

I also stated i was given 1 sheet instead of
2 no pillow. the rules state i'm to recieve this.
I also stated the C/o's on the lunch and dinner
shift ensure i get cold food every day by not
opening the chuch Holes before trays are served
And that trays often sit on chuck holes for 30
To 40 min. before they are served. break fast
Is always hot because C/o's open holes before
Trays are brought. 3 and 4 gallery get their
Food directly from the worker and don't have to
wait until C/o's arrive, i stated i tried to put
A Blanket over the window to keep cold air out
And was ordered to take it down or get a
Ticket. counselor Ed ignored my plight and
Did not verify all my claims. he stated
The timers were justified and food is served
In accordance with D.o.C rules. Grievance
officer Ami workman stated she was
unable to substantiate claims

sHe also stated staff say they adhere to rules
To ensure safety and security and that meals
were served immediately when the arrive and
Denied my grievance. Jackie miller and Roger
walker concurred with these findings and denied
my grievance they All showed deliberate indifference
Violating my 8th Amendment right and 14 amen
Dment right to equal protection and treatment

3  On H-6-07 i grieved that i saw Lt. Vaughn
    #399
Recieve new mattresses and Pillows i requested
These and she refused. i have no pillow and
my mattress was filthy and old with lumps
Counselor ed stated that i would get this
when they became available. he did not
speak to the Lt. and ignored that they had

Just recieved this. The only investigation
Ami workman did was to take the Lt's
word that that they are limited and that

4

orders are filled as they are recieved and
was unable to substantiate claims of staff
Misconduct and that since this was handled on

The counselor level this was moot. warden

Mccann , Jackie miller, and Roger E. walker
Concurret. All of them violated my 8th amendment
Right to clean Bedding and a pillow

4 on 7-3-07 i complained of roach infestation
and Food trays being allowed to sit on the
Griev#919
chuck outside of the door where they were att-
Hole
Ached by Roaches. i suggested they use bait traps
where the roaches take ~~that~~ bait back to their
The
Nests, i requested to Know when they ~~w~~ fought
And how they fought these pests and for trays
Not to be Allowed to sit on chuck holes
Where they were vulnerable. Counselor ed
Responded by saying they should be spraying
Grievance officer Tammy Garcia stated

The cell houses are sprayed on a regular basis
And according to cell house staff trash is picked
up soon after inmates are fed and stated
The grievance is moot. McCann concurred.
Jack miller refused to review the grievance
  They all violated my 8th Amendment right
  By refusing to investigate and stop the
Pests/Tammy Garcia is the griev. officer for. # 922/
5 on 7-4-07 Griev#922 i complained that laundry
  Is not done on lockdowns and that if inmates
Put up lines and wash their own laundry
They are punished for putting up lines. i requested
That laundry be done on lock downs. counselor
Ed stated it does get done. the Grievance
officer concurred and so did ~~~~ mcCann
Jacky miller refused to Hear the griev.

6

my 8th Amendment right to clean laundry was violated, by their refusal to investigate They are responsible

6. On 9-28-07 Griev. 1239 i again complained of Roaches stating my cell was swarming and that I could put them in an envelope and mail them To prove my claim and requested effective control, counselor ed stated "I'm trying to Get someone to spray in F-house." "they are To spray Once a month. Grievance officer Ami Workman refused to investigate and stated exter- minators report every tues. and thurs. to ensure Every unit is sprayed once a month. McCann Concurred Jackie miller refused to hear griev. All of them violated my 8th Amdt. right

7. on 7-8-07 #927 i grieved the unsanitariness of providing a bag of ice on the yard

Because inmates reach into this bag with bare
Hands. i requested a water cooler instead
on the yard. counselor Ed stated they will
Not provide the cooler. (see inmates have no way
To Bring their own water to the yard and are on
The yard for 5hrs. population is allowed to carry
Bottled water to the yard and in the summer
There's running water) Tammy Garcia conc-
urred with the response and stated it is not
A requirement to provide a water cooler on
The yard. Jackie Miller refused to hear the
Grievance. this violated my 8th amdt. Right and
My 14 right to equal treatment.

On  5-8-07  #466  i grieved about the ~~water~~ warden
10
Turning off the water for 8 hrs. he did this on
5-7-07 ~~on~~ ~~~~ During a shakedown on
5-8-07 we were also shook down and the water
was not turned off.

8

I requested to know why he violated the rule book which states the frequency in use of sinks and toilets shall be prohibited and $10,000 counselor Ed lied and stated the water was being worked on Tammy Garcia stated it was done for the shake down And denied grievance Jakie miller ~~refused~~ denied ~~the~~ the grievance, ~~the~~ my 8th Amd.t Right was violated. Warden mccann concurred with this. Roger Walker concurred.

9 On 6-15-07 Griev. #623 i complained that some Inmates were allowed Audio/visual priviledges And i was not. i requested to know what i could Do to get these priveledges and ~~they~~ named the Cells that had TV's. counselor ed had previously Told me this was not Allowed. i requested the s ame priviledges or 10,000 for violation of

9

my 14th Amdt. Right to be treated equally or an explanation of why they were better Than me. Ed showed indifference by Stating i put you in For these priviledges Tammy Garcia stated it was up to the warden And also refused to investigate. Jackie miller Stated the issue was appropriately addressed And denied the grievance, so did mcCann and Roger Walker, they violated my 14th Amdt. Right

9. On 7-17-07, #828 filed a grievance complaining

10. The seg. inmates like me are forced to buy more Expensive hygiene items like shampoo and Lotion while population is not, counselor Ed Lied stating i'm allowed to purchase what is on ~~the lo~~ the price list. i requested to be able To buy the same lotion and shampoo as population Ami workan stated we are not allowed to buy

Those Items because they come in a bottle McCann concurred. Jackie Miller refused to hear The grievance. they violated my 14th amendment Right to equal treatment,

On 9-28-07, i filed a griev #928, complaining that

F-house population where i'm at is not allowed To purchase certain items from the store, not Given night yard, allowed to walk to chow, to Attend Religeous services, not given given gym, school And Self Help programs, counselor ed stated when I go to a different house i would get what i wanted, i had requested this discrimination be stopped, Ami workman stated these things were Happening but it was not discrimination, McCann Coun-curred they showed deliberate indifference

To my 14th amdt. right to be treated equally.

● On 2-28-07 i Filed a griev. stating cell house
12        # 226
workers get 3 days of yard a week while i
only get 2. i requested the same 3 and 5,000
for this unequal treatment. Counselor Ed stated

This was happening, but no issue was seen
Ami workman concurred, so did mccann.

Jackie miller and Roger Walkman, also denied the
Grievance violating my 14 Amdt. Right to equal
Treatment.

● On 7-4-07 # 923 i grieved that stateville was
13
In violation of the I.W.C.S which states
Inmates are to be Allowed to go to Facilities
1hr each day and that this was not happening
I requested for them to get in compliance.

12.

Counselor Ed stated you get 5hrs. of yard that Takes care of 1hr. a day. Tammy Garcia concurred with this. Jackie miller refused to hear this I'm requesting this statute be interpreted.

On 1-6-07 i grieved that 3 mayz mailed to me were with held by C Cannon of the Publication Review committee. he violated my 1st Amdt. Right to recieve publications and refused to tell me why the werent allowed, also violating Due process procedures. i requested they be Returned or 10,000, counselor Ed, ami workman All refused to hear the grievance the alle are Responsible for these violations. Jackie miller also refused to hear this grievance

1 on 6-14-07 i filed a grievance about my feces stained toilet and not being given cleaning supplies Counselor Butkiewicz told Lt. Vaughn to give Supplies on 6-14-07 i recieved this grievance on 6-19-07 and still had not recieved supplies, so i wrote under the counselor's response that the Lt. had not done Any thing ~~counselor~~ Tammy Garcia read all of this And stated she ~~concurred~~ concurred with the counselor But ignored my statement and stated supplies are Limited For handing out. warden Mccann, Jackie Miller, and Roger walker all concurred with the Grievance officer tammy Garcia. they all showed Deliberate indifference ~~under~~ except Butkiewicz Violating my 8th Amendmet right. Griev. 624

2 On 3-21-06 i complained that my toilet is on
Griev. 630
A 20 min. timer, ~~a~~ the heater in my cell doesn't Work, and requested verification and find out If other inmates are suffering same. i stated Come touch my Heater, i quoted the rule book which states there is to be no reduction In the frequency use of toilets

I also stated i was given 1 sheet instead of
2 no pillow. the rules state im to recieve this.
I also stated the C/o's on the lunch and dinner
shift ensure i get cold food every day by not
opening the chuch Holes before trays are served
And that trays often sit on chuck holes for 30
To 40 min. before they are served. break fast
Is always hot because C/o's open holes before
Trays are brought. 3 and 4 gallery get their
Food directly from the worker and don't have to
wait until C/o's arrive, i stated i tried to put
A Blanket over the window to keep cold air out
And was ordered to take it down or get a
Ticket. Counselor Ed ignored my plight and
Did not verify all my claims. he stated
The timers were justified and food is served
In accordance with D.o.C rules. Grievance
officer Ami work man stated she was
un able to substantiate claims

SHe also stated staff say they adhere to rules
To ensure safety and security and that meals
were served immediately when the arrive and
Denied my grievance. Jackie miller and Roger
walker concurred with these findings and denied
my grievance they All showed deliberate indifference
Violating my 8th Amendment right and 14 amen
Dment right to equal protection and treatment

3 On 4-6-07 i grieved that i saw Lt. Vaughn
  #399
Recieve new mattresses and Pillows i requested
These and she refused. i have no pillow and
my mattress was filthy and old with lumps
Counselor ed stated that i would get this
when they became available. he did not
speak to the Lt. and ignored that they had

Just recieved this. The only investigation
Ami workman did was to take the Lt's
word ~~tot~~ that they are limited and that

orders are filled as they are recieved and was unable to substantiate claims or staff misconduct and that since this was handled on The counselor level this was moot. warden Mccann, Jackie miller, and Roger E. walker Concurred. All of them violated my 8th amendment Right to clean Bedding and a pillow

4 On 7-3-07 i complained of roach infestation Griev# 919 and Food trays being allowed to sit on the chuck Hole outside of the door where they were att— Ached by Roaches. i suggested they use bait traps where the roaches take ~~that~~ The bait back to their Nests. i requested to Know when they ~~w~~ Fought And how they fought these pests and for trays Not to be Allowed to sit on chuck holes Where they were vulnerable. Counselor ed Responded by saying they should be spraying Grievance officer Tammy Garcia stated

The cell houses are sprayed on a regular basis
And according to cell house staff trash is picked
up soon after inmates are fed and stated
The grievance is moot, McCann concurred.

Jack miller refused to review the grievance

They all violated my 8th Amendment right
By refusing to investigate and stop the
Pests/Tammy Garcia is the griev. officer for. #9221
5 on 7-4-07 Griev#922 i complained that laundry
Is not done on lockdowns. and that if inmates
put up lines and wash their own laundry
They are punished for putting up lines. i requested
That laundry be done on lock downs. counselor
Ed stated it does get done. the Grievance
officer concurred and so did ~~~~ McCann
Jacky miller refused to Hear the griev.

6

my 8th Amendment right to clean laundry
was violated. by their refusal to investigate
They are responsible

6. On 9-28-07 Griev. 1239 i again complained of
Roaches stating my cell was swarming and that
I could put them in an ~~an~~ envelope and mail them
To prove my claim and requested effective
Control, counselor ed stated "I'm trying to
Get someone to spray in F-house". "they are
To spray Once a month. Grievance officer Ami
Workman refused to investigate and stated exter-
minators report every tues. and thurs. to ensure
Every unit is sprayed once a month. McCann
Concurred Jackie miller refused to hear griev.
All of them violated my 8th Amdt. right

7. On 7-8-07 #921 i grieved ~~that~~ the unsanitariness
of providing a bag of ice ~~and~~ on the yard

Because inmates reach into this bag with bare Hands. i requested a water cooler instead On the yard, counselor Ed stated they will Not provide the cooler. ( see inmates have no way To Bring their own water to the yard and are on The yard for 5hrs. population is allowed to carry Bottled water to the yard and in the summer There's running water) Tammy Garcia concurred with the response and stated it is not A requirement to provide a water cooler on The yard. Jackie Miller refused to hear the Grievance. this violated my 8th amdt. Right and My 14 right to equal treatment.

⑧ On 5-2-07 #466 i grieved about the ~~water~~ warden
   8      10
Turning off the water for 8 hrs. he did this on 5-7-07 ~~�” 〔〓〓〓〓〕~~ During a shakedown on 5-8-07 we were also shook down and the water Was not turned off,

8

I requested to Know why he violated the rule book which states the frequency in use of sinks and toilets shall be prohibited and $10,000 counselor Ed lied and stated the water was being worked on Tammy Garcia stated it was done for the shake down And denied grievance Jakie miller ~~refused~~ denied ~~To~~ the grievance, ~~the~~ my 8th Amdt. Right was violated. warden mccann concurred with this. Roger Walker concurred.

9 On 6-15-07 Griev. #623 i complained that some Inmates were allowed Audio/visual priviledges And i was not. i requested to Know what i could Do to get these priviledges and ~~the~~ named the Cells that had TV's. counselor ed had previously Told me this was not Allowed. i requested the same priviledges or 10,000 for violation of

9

My 14th Amdt. Right to be treated equally
or an explanation of why they were better
Than me. Ed showed indifference by
stating i put you in For these priviledges
Tammy Garcia stated it was up to the warden
And also refused to investigate. Jackie miller
Stated the issue was appropriately addressed
And denied the grievance, so did mcCann and
Roger Walker, they violated my 14th Amdt. Right

9 On 7·17·07 i filed a grievance complaining
10 The seg. inmates like me are forced to buy more
Expensive hygiene items like shampoo and
Lotion while population is not, counselor Ed
Lied stating i'm allowed to purchase what is on
~~them~~ ~~list~~ the price list. i requested to be able
To buy the same lotion and shampoo as population
Ami workan stated we are not allowed to buy

Those Items because they come in a bottle
McCann concurred. Jackie Miller refused to hear
The grievance. they violated my 14th amendment
Right to equal treatment.

on 9-28-07, i filed a griev  complaining that
#928

F-house population where i'm at is not allowed
To purchase certain items from the store, not
Given night yard, allowed to walk to chow, to Attend
Religeous services, not given given gym, school
And self Help programs. counselor ed stated when
I go to a different house i would get what i
wanted, i had requested this discrimination be
stopped. Ami workman stated these things were
Happening but it was not discrimination. McCann
Cound-curred they showed deliberate indifference

To my 14th amdt. right. to be treated equally.

**12** On 2-28-07 i filed a griev. stating cell house
#226
workers get 3 days of yard a week while i
only get 2. i requested the same 3 and 5,000
for this unequal treatment. counselor Ed stated

This was happening, but no issue was seen.
Ami workman concurred, so did mcCann.

Jackie miller and Roger Walkman, also denied the
Grievance. violating my 14 Amdt. Right to equal
Treatment.

**13** On 7-4-07 #923 i grieved that stateville was
In violation of the I,W,C,S which states
Inmates are to be Allowed to go to facilities
1hr each day and that this was not happening
I requested for them to get in compliance.

Counselor Ed stated "you get 5hrs. of yard that Takes care of 1hr. a day, Tammy Garcia concurred with this. Jackie miller refused to hear this I'm requesting this statute be interpreted.

13
14
On 1-6-07 i grieved that 3 magz mailed to me were with held by C. Cannon of the Public-Ation Review committee. he violated my 1st Amdt. Right to recieve publications and refused to tell Me why the werent allowed, also violating Due process procedures. i requested they be Returned or 10,000, counselor Ed, ami workmen All refused to hear the grievance the all are Responsible for these violations. Jackie miller also refused to hear this grievance

VI.    Relief:

Stale briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

3,000 in monetary damages, 37,000 punitive damages,
3,000 in exemplary damages 1. timers to be taken off toilets
2. chuck holes opened before trays are served 3. laundry to be
Done on lockdown. 4. roaches to be eliminated from f-house
5. water to be provided on seg. yard 6. injunction against
Cutting water off 7. seg. be allowed to buy same hygiene items
as population 8. F-house to be allowed all the priviledges as
Population 9. 3 days of yard like the cell house workers
10. Declatory and injunctive relief regarding I.L.C.S. 5/3-7-2
11. award for filing costs

I declare under penalty of perjury that all facts
given in the complaint are true and correct.

Signed this _25_ day of _April_ , _08_

_____

_Dani Shimmer_
(Signature of plaintiff or plaintiffs)

B-36829
(I.D. Number)

Box 112    Joliet, IL 60434
Statesville C.C.

_____
(Address)

8