# UNITED STATES DISTRICT COURT

Northern _____ District of Illinois Eastern Division

David Thurman
Plaintiff

**FILED**
5-5-2008
MAY 5 2008  MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

v.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE

08CV2548
JUDGE ASPEN
MAG. JUDGE KEYS

I, David Thurman _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Stateville

   Are you employed at the institution? NO    Do you receive any payment from the    NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  17yrs locked up

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | Source | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☑ Yes | ☐ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

If "Yes," describe the property and state its value.
Sources of money: mom, step mom, Brother, Friend

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   NONE

I declare under penalty of perjury that the above information is true and correct.

mailed to library on lock down

4-25-08                David Thurman B36829 D-748
Date                    Signature of Applicant

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 40.08 on account to his/her credit at (name of institution) Stateville Correctional Center. I further certify that the applicant has the following securities to his/her credit: _____
I further certify that during the past six months the applicant's average balance was $ 42.38

4-29-08                T. [signature]
Date                    Signature of Authorized Officer

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: 4/29/2008 | | | Stateville Correctional Center | | | | Page 1 |
| Time: 9:12am | | | Trust Fund | | | | |
| d_list_inmate_trans_statement_composite | | | Inmate Transaction Statement | | | | |

REPORT CRITERIA - Date: 10/29/2007 thru End;   Inmate: B36829;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print
Balance Errors Only ? : No

**Inmate: B36829 Thurman, David**                          **Housing Unit: STA-D -07-48**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 17.26 |
| 11/01/07 | AP Correction | 88 Copies Trial Trans. Case# 90-CR-21228 | 305590 | Chk #130104 Voided | C428 - Clerk Of Cook County Cr | 9.00 | 26.26 |
| 11/01/07 | AP Correction | 88 Catalog | 305590 | Chk #130106 Voided | C432 - Sales | 1.00 | 27.26 |
| 11/05/07 | Disbursements | 88 book "vril or vital Magnetism" | 309390 | Chk #137016 | C1102009, Global Insights Inc., Inv. Date: 11/02/2007 | -16.45 | 10.81 |
| 11/09/07 | Point of Sale | 60 Commissary | 3137137 | 512538 | Commissary | -4.06 | 6.75 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 8.50 | 15.25 |
| 11/22/07 | Disbursements | 80 Postage | 326390 | Chk #137269 | C1119061, DOC: 523 Fund Inmate, Inv. Date: 11/19/2007 | -.41 | 14.84 |
| 12/13/07 | Point of Sale | 60 Commissary | 3477137 | 517505 | Commissary | -14.02 | .82 |
| 12/28/07 | Disbursements | 80 Postage | 362390 | Chk #137927 | j1227932, DOC: 523 Fund Inmate, Inv. Date: 12/27/2007 | -.41 | .41 |
| 01/04/08 | Mail Room | 01 MO/Checks (Not Held) | 0042164 | 291019 | Thurman, David | 30.00 | 30.41 |
| 01/09/08 | Payroll | 20 Payroll Adjustment | 009190 | | P/R month of 12/2007 | 1.70 | 32.11 |
| 01/10/08 | Point of Sale | 60 Commissary | 0107142 | 520659 | Commissary | -24.02 | 8.09 |
| 01/15/08 | Mail Room | 01 MO/Checks (Not Held) | 0152164 | D8002125 | Thurman, Andrew | 50.00 | 58.09 |
| 01/18/08 | Point of Sale | 60 Commissary | 0187142 | 522104 | Commissary | -4.61 | 53.48 |
| 01/30/08 | Point of Sale | 60 Commissary | 0307137 | 523675 | Commissary | -2.62 | 50.86 |
| 02/08/08 | Payroll | 20 Payroll Adjustment | 039190 | | P/R month of 01/2008 | 10.00 | 60.86 |
| 02/08/08 | Point of Sale | 60 Commissary | 039720 | 524794 | Commissary | -4.90 | 55.96 |
| 02/15/08 | Point of Sale | 60 Commissary | 046720 | 526084 | Commissary | -3.38 | 52.58 |
| 02/21/08 | Mail Room | 01 MO/Checks (Not Held) | 0522175 | B232593 | Thurman, Willie | 45.00 | 97.58 |
| 02/22/08 | Disbursements | 84 Library | 053390 | Chk #138892 | C020066, DOC: 523 Fund Library, Inv. Date: 02/20/2008 | -.45 | 97.13 |
| 02/22/08 | Point of Sale | 60 Commissary | 053783 | 527139 | Commissary | -4.65 | 92.48 |
| 03/07/08 | Point of Sale | 60 Commissary | 067783 | 528456 | Commissary | -4.93 | 87.55 |
| 03/10/08 | Point of Sale | 60 Commissary | 0707135 | 528548 | Commissary | 4.93 | 92.48 |
| 03/24/08 | Point of Sale | 60 Commissary | 0847137 | 530695 | Commissary | -19.09 | 73.39 |
| 03/26/08 | Disbursements | 84 Library | 086390 | Chk #139525 | 325010, DOC: 523 Fund Library, Inv. Date: 03/25/2008 | -.40 | 72.99 |
| 03/26/08 | Disbursements | 93 R & C - UPS | 086390 | Chk #139539 | C0325003, Central Inmate Benef, Inv. Date: 03/25/2008 | -5.17 | 67.82 |
| 04/03/08 | Point of Sale | 60 Commissary | 0947137 | 531194 | Commissary | -7.17 | 60.65 |
| 04/07/08 | Payroll | 20 Payroll Adjustment | 098190 | | P/R month of 03/2008 | 1.70 | 62.35 |
| 04/10/08 | Disbursements | 90 Medical Co-Pay | 101390 | Chk #139785 | C0408135, DOC: 523 Fund Inmate, Inv. Date: 04/08/2008 | -2.00 | 60.35 |
| 04/11/08 | Disbursements | 84 Library | 102390 | Chk #139853 | C0410085, DOC: 523 Fund Librar, Inv. Date: 04/10/2008 | -.50 | 59.85 |
| 04/14/08 | Disbursements | 88 book | 105390 | Chk #139894 | C0411021, Lushena Books Inc., Inv. Date: 04/11/2008 | -21.70 | 38.15 |
| 04/14/08 | Point of Sale | 60 Commissary | 1057137 | 532365 | Commissary | -26.59 | 11.56 |
| 04/16/08 | Disbursements | 80 Postage | 107390 | Chk #139937 | C0411021, DOC: 523 Fund Inmate, Inv. Date: 04/11/2008 | -.41 | 11.15 |
| 04/21/08 | Point of Sale | 60 Commissary | 112783 | 533802 | Commissary | -10.77 | .38 |
| 04/22/08 | Disbursements | 84 Library | 113390 | Chk #140105 | j0422044, DOC: 523 Fund Librar, Inv. Date: 04/22/2008 | -.30 | .08 |
| 04/22/08 | Mail Room | 01 MO/Checks (Not Held) | 1132175 | 11969003891 | Thurman, Shirley | 20.00 | 20.08 |
| 04/23/08 | Mail Room | 01 MO/Checks (Not Held) | 1142175 | 11788443843 | Brown, Barbara | 20.00 | 40.08 |

Date: 4/29/2008  
Time: 9:12am  
d_list_inmate_trans_statement_composite

**Stateville Correctional Center**  
**Trust Fund**  
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 10/29/2007 thru End;   Inmate: B36829;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B36829 Thurman, David**   **Housing Unit: STA-D -07-48**

|  |  |
|---|---:|
| Total Inmate Funds: | 40.08 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 40.08 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |