MHK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Kristina D. Brown*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>*Kristina D. Brown* |
| 1. Article Addressed to:<br>Illinois Department of Corrections<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601 | D. Is delivery address different from item 17?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 6010 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08cv2548

FILED
5-21-2008
MAY 21 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT