MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
8-25-2008
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

David Thurman

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C. Cannon

Case No: 1:08-CV-02548
(To be supplied by the Clerk of this Court)

08cv2548

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:           AMENDED COMPLAINT

✓    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
     U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: David Thurman

B. List all aliases: _____

C. Prisoner identification number: B-36824

D. Place of present confinement: Stateville

E. Address: Box 112 Joliet 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: C. Cannon

Title: Publication Review Officer

Place of Employment: Stateville

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: David Thurman, Terry Starnes, And Rickey Greenwood — 97-208-JPG civil

B. Approximate date of filing lawsuit: Jan. or Feb. of '97'

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: David Thurman, Terry Starnes and Rickey Greenwood

D. List all defendants: Leo L. Meyer, odie Washington, Jerry D Gilmore, Louis Lowery, Tim Woods and Richard Gramley

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. Dist Court for the Southern Dist of Illinois

F. Name of judge to whom case was assigned: Chief judge J. Phil Gilbert

G. Basic claim made: Due process violation, Prison Confiscating state pay because of lock down

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed, Not appealed, Not pending

I. Approximate date of disposition: 7-11-97

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. Aug 28 07 C. Cannon of the publication Review Committee, withheld 3 magazines from me that were sent to me through the mail. 2. I was informed through the mail that they would not be given to me. 2 were on the disapproved list and 1 had been reviewed and disapproved. 3. I wrote him a letter the same day asking him to tell what was wrong with the 3 magz so I could tell my people what they can and can't send. 4. He responded stating "each issue is reviewed - It is not on the banned list - yet". He violated my Right to free speech under the 1st Amdt. to the U.S. Constitution and Illinois Constitution. 5. My right to due process was also violated by him because I was not given the notice Requirements of Illinois Admistrative Code 525.230 sub. C 1 thru 4 and subsection D. 6. The magzs. were taken in violation of Illinois Admistrative Code

Other lawsuit filed

A. Name of case and Docket #: Thurman v Roper Et Al # 1:95-cv-01070 mmm
B. Approximate date of filing lawsuit: 2-16-95
C. List all plaintiffs (if you had co-plaintiffs), Including any aliases: ~~None~~ David Thurman
D. List all defendants: ~~David Thurman~~ Larry Francis Melvin, Richard, Gramley / Roper
E. Court in which lawsuit was filed: Central Dist of Illinois (Peoria)
F. Name of judge to whom the case was assigned: → Michael M. Mihm
G. Basic clm. made: 8th Amdt. violation

H. Disposition of this case: Dismissed ~~not pending~~ and was appealed, not Pending, Appeal dismissed 10-28-96
I. approximate date of disposition: 10-20-95

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Find that my right to free speech and due process was violated and award me money damages of $2,000, punitive damages of $2,000, compensatory damages of $500, exemplary damages of $500 and cost of filing.

**VI.    The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO**

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

David Thurman
(Signature of plaintiff or plaintiffs)

David Thurman
(Print name)

B36829
(I.D. Number)

Box 112    Joliet, IL 60434
(Address)

Revised 9/2007